IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Civil No. 4:11-cv-442-SPM/WCS

TWELVE (12) ASSORTED FIREARMS,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Government's Motion for Forfeiture of Property (doc. 6). Upon consideration, the motion is granted. A Decree of Forfeiture follows.

DONE AND ORDERED this 29th day of November, 2011.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                Civil No.  4:11-cv-442-SPM/WCS

TWELVE (12) ASSORTED FIREARMS,

        Defendant.
_____/

## DECREE OF FORFEITURE

On August 31, 2011, a Verified Complaint of Forfeiture In Rem against the Defendant, TWELVE (12) ASSORTED FIREARMS, was filed on behalf of the Plaintiff, United States of America.  The complaint alleges that the Defendant property is forfeitable to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

It appears that process was fully issued in this action according to law:

That on September 8, 2011, Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

That on or about September 7, 2011, Ralph Stengel, potential claimant, was sent notice of the pending forfeiture action.

No other person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that the TWELVE (12) ASSORTED FIREARMS, more specifically described as:

- a.  **High Standard Revolver, Revelation 99, Cal: 22, SN 2101181;**
- b.  **Armi Atis Pistol, GT 27, Cal: 25, SN M157156;**
- c.  **Colt Pistol, Govt Delta Elite, Cal: 10, SN DE18179;**
- d.  **Davis Industries Derringer, DM22, Cal: 22, SN 222622;**
- e.  **Harrington and Richardson Revolver, Victor, Cal: 32, SN 31783;**
- f.  **Taurus Revolver, Cal:32, SN 5197170;**
- g.  **Henry Repeating Rifle Company Rifle, Lever Action, Cal: 22, SN 114942;**
- h.  **Ithaca Gun Co. Shotgun, M66 Super Single, Cal: 12, SN 660832904;**
- i.  **Calico Rifle, M100, Cal: 22, SN 011289;**
- j.  **Marlin Firearms Co. Rifle, 336, Cal: 30-30, SN 25058003;**
- k.  **Winchester Rifle, 1900, Cal: 22, SN None;**
- l.  **NORINCO (North China Industries) Rifle, SKS, Cal: 762, SN 10222595**.

be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The property shall be disposed of according to law.

**DONE AND ORDERED** this 29th day of November, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge